# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY,
INC. AND ACTIVE SOLUTIONS,
LLC

NO.   2022 CW 0321

**JULY 5, 2022**

---

In Re:   MMR Group, Inc., MMR Offshore Services, Inc. and MMR
Constructors, Inc. d/b/a MMR Communications, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 582741.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's March 10,
2022 judgment, declining to modify its prior April 2, 2019
judgment, which therein denied a Joint Motion in Limine filed by
defendants/respondents, MMR Group, Inc., MMR Offshores Services,
Inc., and MMR Constructors Inc. d/b/a MMR Communications, is
vacated. In this court's prior opinion, the district court's
April 2, 2019 and April 3, 2019 judgments were vacated in their
entirety, with express instructions that the district court
comply with Louisiana Code of Civil Procedure article 1425(F)(3)
and (4). **CamSoft Data Systems, Inc. v. Southern Electronics
Supply, Inc.**, 2019-0741 (La. App. 1st Cir. 7/2/19), 2019 WL
2865255 (unpublished). A vacated judgment is of no force or
effect; thus, when a judgment is vacated, the parties return to
the same positions they held before the judgment was rendered.
**Kott v. Kott,** 2020-0873 (La. App. 1st Cir. 4/16/21), 324 So.3d
165, 175, *citing,* **Reggio v. Reggio,** 2014-493 (La. App. 5th Cir.
12/16/14), 166 So.3d 290, 295, writ denied, 2015-0099 (La.
4/2/15), 163 So.3d 798. As the district court has failed to
comply with this court's instructions, the matter is remanded
with instructions for compliance with La. Code Civ. P. art.
1425(F)(3) and (4) regarding the admissibility of the expert
opinions of Chetan Sharma, Stephen Dell, and Michael Kaplan.

**JEW**
**CHH**

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT